1   DUNCAN BARR, Bar No. 49259
    MOLLY A. KUEHN, Bar No. 230763
2   O'CONNOR, COHN, DILLON & BARR
    2405 16th Street
3   San Francisco, California 94103
    Telephone: (415) 281-8888
4   Facsimile:  (415) 503-4117
    E-mail:   dbarr@ocdb.com

5   Attorneys for Defendant
    BAYER CORPORATION
6

7

8                     **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10  DAVID M. STEWART, a resident of          **CASE NO.: C 07-2596 JL**
    Wake Forest, North Carolina,
11                                                    **E-FILED**

12                           Plaintiff,       **CERTIFICATE OF INTERESTED
                                              ENTITIES OR PARTIES**
13       v.

14  BAYER CORPORATION, an Indiana
    corporation, successor to CUTTER
15  BIOLOGICAL, a California Corporation;
    BAXTER HEALTHCARE CORPORATION,
16  a Delaware corporation, and its
    HYLAND DIVISION; and ALPHA
17  THERAPEUTIC CORPORATION, a
    California corporation,
18
                             Defendants.
19

20

21       Pursuant to Civil L.R. 3.16(b), the undersigned certifies that the following listed persons,

22  associations of persons, firms, partnerships, corporations (including parent corporations) or other

23  entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding,

24  or (ii) have a non-financial interest in that subject matter or in a party that could be substantially

25  affected by the outcome of this proceeding.

26

27

28

CERTIFICATE OF INTERESTED ENTITIES OR PARTIES                          4307/MAK/286045
CASE NO. C 07-2596 JL

                                              1

1

| Name | Type of Interest |
|------|------------------|
| Bayer Corporation<br>100 Bayer Road<br>Pittsburgh, Pennsylvania 15205-9741 | Party |
| Bayer AG<br>51368 Leverkusen<br>Germany | Parent Corporation |

Dated:   June 4, 2007

Respectfully Submitted,

**O'CONNOR, COHN, DILLON & BARR**

By:      /s/ Duncan Barr_____
Duncan Barr, Esq.
Molly A. Kuehn, Esq.
Attorneys for Defendant
BAYER CORPORATION

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on this 4th day of June 2007, I caused to be served a true and correct copy

3   of the foregoing document on the following counsel of record pursuant to ECF as to Filing Users and

4   by Federal Express, postage prepaid, pursuant to Local Rule 5.5 as to any party who is not a Filing

5   User or represented by a filing user:

6
| **SERVICE LIST** | |
| --- | --- |
| Elizabeth J. Cabraser, Esq.<br>Robert J. Nelson, Esq.<br>Morris A. Ratner, Esq.<br>Fabrice N. Vincent, Esq.<br>LIEFF, CABASER, HEIMANN &<br>  BERNSTEIN<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3399 | **COUNSEL FOR ATTORNEYS**<br><br>Tel:  (415) 956-1000<br>Fax:  (415) 956-1008 |
| Sara Gourley, Esq.<br>Tamar B. Kelber, Esq.<br>SIDLEY, AUSTIN, BROWN & WOOD<br>One South Dearborn Street<br>Chicago, California  60603 | **COUNSEL FOR ARMOUR<br>PHARMACEUTICAL COMPANY,<br>AVENTIS BEHRING LLC<br>Tel:  312 / 853-7000<br>Fax:  312 / 853-7036** |
| Kevin J. Stack, Esq.<br>KNAPP PETERSEN & CLARKE<br>500 North Brand Blvd., 20th Floor<br>Glendale, California  91203-1904 | **COUNSEL FOR ALPHA<br>THERAPEUTIC CORPORATION<br>Tel:  818/547-5000<br>Fax:  818/547-5329** |

7

8

9

10

11

12

13

14

15

16

17

18

19                          /s/  Duncan Barr
                            Duncan Barr, Esq.

20

21

22

23

24

25

26

27

28