UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. STEWART, a resident of Wake Forest, North Carolina,<br><br>                    Plaintiff,<br>v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>                    Defendants. | CASE NO.: C 07-2596 JL<br><br>**E-FILED**<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING DEFENDANT BAYER CORPORATION'S UNOPPOSED MOTION TO STAY PRETRIAL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT PROCEEDING AND UNOPPOSED MOTION FOR ENLARGEMENT OF PRETRIAL DEADLINES AND INCORPORATED MEMORANDUM OF LAW**<br><br>Date:     July 25, 2007<br>Time:    9:30 a.m.<br>Courtroom: F, 15th Floor |

A ~~hearing having been held on July 25, 2007, in Courtroom F, at 9:30 a.m., or as soon thereafter as the matter could be heard,~~ on defendant Bayer Corporation's motion for an order to stay pretrial proceedings in this Court pending transfer of this action by the Judicial Panel on Multidistrict Litigation and for an enlargement of the time in which defendants are required to comply as to all pretrial deadlines established by Local Rules 16.2, 16.3, 16.9 and 16.10 of the

1  United States District Court for the Northern District of California, court order,

2      IT IS HEREBY ORDERED that the motion is granted and this matter is hereby stayed

3  pending transfer of this action.

5  DATED: June 13, 2007

    Honorable _____ Court
    Judge

*IT IS SO ORDERED*
*Judge James Larson*